UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2023
APRIL 29, 2025 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:25-cr-00085
    18 U.S.C. § 844(f)(1)
    18 U.S.C. § 1855

STANLEY CHRIS WALLS

# INDICTMENT

The Grand Jury Charges:

### Count One

On or about July 15, 2022, at or near Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant STANLEY CHRIS WALLS maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building and other personal and real property, that is, a shed located beside the Richmond House, at or near 1155 New River Road, Raleigh County, West Virginia, said property in whole or in part owned and possessed by the United States and any department and agency thereof, that is, the United States Department of Interior, National Park Service, New River Gorge National Park Preserve.

In violation of Title 18, United States Code, Section 844(f)(1).

## Count Two

On or about February 22, 2024, at or near Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant STANLEY CHRIS WALLS maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building and other personal and real property, that is, a structure known as the historic Richmond Hamilton Barn 1 located on New River Road at or near Raleigh County, West Virginia, said property in whole or in part owned and possessed by the United States and any department and agency thereof, that is, the United States Department of Interior, National Park Service, New River Gorge National Park Preserve.

In violation of Title 18, United States Code, Section 844(f)(1).

## Count Three

On or about February 29, 2024, at or near Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant STANLEY CHRIS WALLS maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building and other personal and real property, that is, a structure known as the historic Richmond Hamilton Farm House, said structure located at or near 1155 New River Road at or near Raleigh County, West Virginia, in whole or in part owned and possessed by the United States and any department and agency thereof, that is, the United States Department of Interior, National Park Service, New River Gorge National Park Preserve.

In violation of Title 18, United States Code, Section 844(f)(1).

## Count Four

On or about October 27, 2024, at or near Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant STANLEY CHRIS WALLS maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building and other personal and real property, that is, a shed, known as the Vallandingham Smokehouse, located near the Vallandigham House on Ellison Avenue, at or near Raleigh County, West Virginia, said building in whole or in part owned and possessed by the United States and any department and agency thereof, that is, the United States Department of Interior, National Park Service, New River Gorge National Park Preserve.

In violation of Title 18, United States Code, Section 844(f)(1).

## Count Five

On or about October 28, 2024, at or near Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant STANLEY CHRIS WALLS willfully and without authority, set on fire underbrush, grass, and other flammable material at or near Raleigh County, West Virginia, upon land owned by the United States, that is, the United States Department of Interior, National Park Service, New River Gorge National Park Preserve.

In violation of Title 18, United States Code, Section 1855.

## Count Six

On or about March 14, 2025, at or near Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant STANLEY CHRIS WALLS maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building and other personal and real property, known as the historic Richmond Hamilton Farm Wash House, located on New River Road, at or near Raleigh County, West Virginia, owned in whole or in part and possessed by the United States and any department and agency thereof, that is, the United States Department of Interior, National Park Service, New River Gorge National Park Preserve.

In violation of Title 18, United States Code, Section 844(f)(1).

LISA G. JOHNSTON<br>
Acting United States Attorney

BY: _____
ERIK S. GOES
Assistant United States Attorney